**January 28, 1999**

| 21213 | Clendenin v. State | Affirmed |
|-------|--------------------|----------|

**January 29, 1999**

| 21516 | Whitlock v. Russi | Dismissed |
|-------|-------------------|-----------|

**February 4, 1999**

| 21596 | Robinson Family Partners v. Manini | Affirmed |
|-------|------------------------------------|----------|
| 20336 | State v. Kakalia | Affirmed |

**February 11, 1999**

| 21798 | Cunningham v. Board of Chiropractic Examiners, Dept. of Commerce and Consumer Affairs | Affirmed |
|-------|--------------------------------------------------------------------------------------|----------|

**February 16, 1999**

| 21611 | State v. Kaeo | Affirmed |
|-------|---------------|----------|

**February 18, 1999**

| 21437 | State v. Rodrigues | Affirmed |
|-------|--------------------|----------|

**February 22, 1999**

| 21698 | Arakawa v. Outrigger Enterprises, Inc. | Affirmed |
|-------|----------------------------------------|----------|

**February 23, 1999**

| 21327 | Titsworth v. State | Affirmed |
|-------|--------------------|----------|

**February 24, 1999**

| 21710 | Nogami v. Coca-Cola Bottling Co. | Affirmed |
|-------|----------------------------------|----------|

**March 12, 1999**

| 21370 | Moonihoawa v. State | Affirmed |
|-------|---------------------|----------|
| 21475 | State v. Fukusaku | Affirmed |
| 21599 | State v. Nicolaisen | Affirmed |
| 21753 | State v. Shields | Affirmed |
| 21653 | Travis v. State, Dept. of Commerce and Consumer Affairs (DCCA) | Affirmed |
| 20060 | Villa v. County of Hawaii | Affirmed |
| 21805 | Young v. Robarts | Affirmed |

**March 18, 1999**

| 21258 | Inthisane v. Soldner | Affirmed |
|-------|----------------------|----------|

**March 22, 1999**

| 20975 | Lazo v. Tiwanak | Affirmed |
|-------|-----------------|----------|